ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
Email: Robert.Freeman@lewisbrisbois.com
DANIELLE C. MILLER, ESQ.
Nevada Bar No. 009127
Email: Danielle.Miller@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*GEICO General Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CAROL ANN MAJORS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GEICO GENERAL INSURANCE COMPANY, and DOES I through X,<br><br>　　　　Defendants. | CASE NO. 2:16-cv-01825-RFB-GWF<br><br>**STIPULATION AND ORDER TO REMAND TO STATE COURT AND TO DISMISS PLAINTIFF'S EXTRA-CONTRACTUAL CLAIMS** |

Plaintiff CAROL ANN MAJORS ("Plaintiff") and Defendant GEICO GENERAL INSURANCE COMPANY ("Defendant")(collectively referred to as to "the Parties"), by and through their respective counsel of record, stipulate as follows:

1. Plaintiff's Complaint was originally filed in the Eighth Judicial District Court for Clark County, State of Nevada, on July 1, 2016.

2. Defendant removed this matter on August 3, 2016, on grounds of diversity of citizenship pursuant to 28 U.S.C. §1441 (b).

3. The Complaint alleges claims for underinsured motorist benefits, breach of the implied covenant of good faith and fair dealing, unfair claims practices and bad faith.

4. Plaintiff was involved in a motor vehicle collision on May 29, 2015. As set forth in Plaintiff's complaint, Plaintiff has previously recovered $15,000.00 from American Access Casualty Company, representing the tortfeasor's bodily injury liability limits.

Plaintiff has also previously recovered $10,000.00 from GEICO representing medical payments coverage.

5.  By way of this litigation, Plaintiff only seeks monetary damages in excess of the $15,000.00 which Plaintiff has previously recovered from American Access Insurance Company under their policy of insurance which provided coverage to the tortfeasor and the $10,000.00 which Plaintiff has previously recovered from GEICO representing medical payments coverage.

6.  Pursuant to this Stipulation, Plaintiff agrees that her total claimed recoverable damages for underinsured motorist coverage against Defendant in this action does not, and will not, exceed the sum of Seventy-Five Thousand and 00/100 Dollars ($75,000.00), exclusive of costs, and interest.

7.  Pursuant to this Stipulation, the parties agree that the amount in controversy is $75,000.00 in "new money" and that Plaintiff's cause of action against Defendant is contractual in nature and specifically with regard to the value of Plaintiff's underinsured motorist claim.

8.  Pursuant to this Stipulation, Plaintiff and Defendant have agreed to submit their dispute to arbitration in the Court Annexed Arbitration Program of the Eighth Judicial District Court of the State of Nevada.

9.  Pursuant to this Stipulation, Plaintiff agrees that her claims for breach of the implied covenant of good faith and fair dealing, unfair claims practices and bad faith, as well as Plaintiff's prayer for punitive damages, shall be dismissed, with prejudice.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

4852-6066-0791.1

2

10.     By entering into this Stipulation, Defendant neither acknowledges nor concedes liability or damages with respect to any claims brought by Plaintiff in her Complaint, or as such Complaint may hereafter be amended, and expressly denies liability and damages.

DATED this 25th day of August, 2016.            DATED this 25th day of August, 2016.

RICHARD HARRIS LAW FIRM                         LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Robert E. Marshall*                        */s/ Danielle C. Miller*

By: _____                      By: _____
ROBERT E. MARSHALL, ESQ.                        ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 004327                           Nevada Bar No. 003062
MARSHALL LAW OFFICE                             DANIELLE C. MILLER, ESQ.
625 S. Eighth Street                            Nevada Bar No. 009127
Las Vegas, Nevada 89101                         6385 S. Rainbow Boulevard, Suite 600
*Attorneys for Plaintiff*                       Las Vegas, Nevada 89118
                                                *Attorneys for Defendant*
                                                *GEICO General Insurance Company*

## ORDER

IT IS SO ORDERED.

DATED this  11th  day of  September , 2016.

_____
RICHARD F. BOULWARE, II
United States District Judge

Respectfully Submitted by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Danielle C. Miller*

By _____
ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
DANIELLE C. MILLER, ESQ.
Nevada Bar No. 009127
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant GEICO*
*General Insurance Company*

4852-6066-0791.1                                3